FILED

APR - 6 2015

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Wizzel A Turner

1-606-295-4260

15-CV-89-KKC

MY HUSBAND WILLIAM TURNER WAS A PATIENT AT BREATHITT COUNTY GERIATRIC CENTER IN JACKSON KENTUCKY FOR REHABILITATION WHEN HE WAS INJURED BY A STAFF MEMBER AT THE CENTER ON THE NIGHT OF JUNE 30st 2012. A WORKER TOOK HIM TO THE SHOWER IN A WHEELCHAIR WITH NO FOOT RESTS. HIS LEG WAS TRAPED UNDER THE CHAIR. SHE PUT HIM BACK IN BED NOT TELLING WHAT HAD HAPPENED. HE STRATED TELLING PEOPLE HIS LEG HURT. THEY TOOK HIM OVER TO THE HOSPITAL. THEY DIDN'T EVEN CALL ME. I CALLED OVER THERE AND THEY SAID HE WAS IN THE EMERGENCY ROOM. My friend ROOSEVELT TURNER WENT OVER THERE WITH ME. MY HUSBAND WAS SO UPSET HE SAID HE WOULD NOT GO BACK OVER THERE. HE SAID HE HAD REATHER Die. SO I SENT HIM TO SAINT JOSEPH HOSPITAL IN LEXINGTON RATHER THEN SEND HIM BACK TO THE REHABILITATION CENTER IN JACKSON KY. DR DOODNAUTH DAVANAND C. HE FOUND OUT WHAT WAS WRONG A HEMATOMA. My HUSBAND HAD BEEN WALKING THAT IS WHY HE WAS IN REHAB. BUT AFTER THEY HURT HIM HE COULD NEVER WALK AGAIN. HE DIED 12-12-2012 NEVER RECOVERING FROM THE INJURY. THEY HAD OPENED HIS MAIL AND KEPT HIS INSURANCE CARD. THEY WOULD TELL HIM I WAS CHEETING. THEY TEASED HIM BEFORE THE INJURY. I HAD TO CALL THE REVREN Jessie TURNER TO TALK HIM.

4-6-2014

Wizzel Herald Turner
P.O. Box 7028
Booneville, Ky. 41314