Eastern District of Kentucky
**FILED**

MAY 19 2015

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
Filed Electronically

| | |
|---|---|
| TERESA HERALD TURNER )<br>Plaintiff, )<br>)<br>V. )<br>)<br>BREATHITT COUNTY GERIATRIC )<br>CORPORATION, )<br>Defendant ) | Civil Action No 5:15-89-KKC |

### AGREED ORDER OF DISMISSAL

Plaintiff, by Teresa Herald Turner, the Administratrix of the Estate of William Turner, and Defendant, Breathitt County Geriatric Corporation, d/b/a Nim Henson Geriatric Center, having resolved their claims, and the Court being sufficiently advised IT IS HEREBY ORDERED,

1. That all of Plaintiff's claims against Defendant, be, and hereby are, **DISMISSED**, with prejudice.

2. Each party is to bear their own respective costs

3. That Plaintiff represents that any and all medical liens and/or claims arising from medical expenses, including liens by any third party payor, including but not limited to Medicaid, Medicare, and the Veterans Administration, as a result of the incident made the basis of this suit, will be satisfied by the Plaintiff out of the settlement proceeds. Plaintiff shall abide by this representation.

This is a final and appealable Order, and there being no just cause for delay

ENTERED this ___14___ day of ___May___, 2015.

_____
KAREN K. CALDWELL, CHIEF JUDGE
U.S. District Court

HAVE SEEN AND AGREED TO:

*[signature]*  
Teresa Herald Turner
7028 Hwy 315
Booneville, KY 41314
Telephone: (606) 295-4260
*Pro Se Plaintiff*

*[signature]*  
Craig L. Johnson
James N. Martin, Jr.
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
Telephone: (502) 895-2297
*Counsel for Breathitt Geriatric Corporation d/b/a Nim Henson Geriatric Center*

*Clerk please distribute copies to*
*Teresa Herald Turner*
*Craig L Johnson, Esq*

2